**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Pamela J. Valley

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PAMELA J. VALLEY, | Case No. 6:11-CV-06311-SI |
| Plaintiff, | ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $3,887.27 pursuant to the Equal Access to Justice Act, 28 U.S.C. 412(d), shall:

Be awarded to plaintiff pursuant to *Astrue v. Ratliff*, __ U.S. __ (2010), 130 S. Ct. 2521 (2010) and delivered via check to plaintiff's counsel, Sara L. Gabin, P.C., at Ms. Gabin's office at 14523 Westlake Drive, Lake Oswego, OR 97035.

There are no costs or expenses to be paid herein.

DATED this __4th__ day of __October__, 2012.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ KATHY REIF
KATHY REIF
Special Assistant United States Attorney

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL        Page 2
ACCESS TO JUSTICE ACT (EAJA)