**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-8651
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Pamela J. Valley

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| PAMELA J. VALLEY, | Case No. 6:11-CV-06311-SI |
| Plaintiff, | ORDER FOR ATTORNEY FEES |
| V. | PURSUANT  TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE<br>Commissioner, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in

the total amount of $3,887.27 pursuant to the Equal Access to Justice Act, 28 U.S.C. 412(d),

shall:

Be awarded to plaintiff pursuant to *Astrue v. Ratliff,* __ U.S. __ (2010), 130 S. Ct. 2521

(2010) and delivered via check to plaintiff's counsel, Sara L. Gabin, P.C., at Ms. Gabin's office

at 14523 Westlake Drive, Lake Oswego, OR  97035.

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL                    **Page 1**
ACCESS TO JUSTICE ACT (EAJA)

There are no costs or expenses to be paid herein.

DATED this ___4th___ day of ___October___, 2012.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:


/s/ SARA L. GABIN_____
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:


/s/ KATHY REIF_____
KATHY REIF
Special Assistant United States Attorney

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL          **Page 2**
ACCESS TO JUSTICE ACT (EAJA)